MARC S. HINES (SBN 140065)
mhines@lawhhp.com
NICOLE M. HAMPTON (SBN 189024)
nhampton@lawhhp.com
BRIAN PELANDA (SBN 278453)
bpelanda@lawhhp.com
**HINES HAMPTON PELANDA LLP**
30 Executive Park, Suite 210
Irvine, California 92614
Tel.:  (714) 513-1122
Fax:  (714) 242-9529

Attorneys for Defendant AMCO Insurance Company

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANICE HUTSON; JANICE HUTSON, REP OF ESTATE OF TOMMMY GREMILLION & ESTATE OF BETTY HUTSON,<br><br>Plaintiffs,<br><br>v.<br><br>AMCO INSURANCE COMPANY, INC.; NATIONWIDE INSURANCE CO., INC.; WELLS FARGO BANK NA PROPERTY DIVISION; and DOES 1-20,<br><br>Defendants. | **Case No.:  3:19-cv-03667-EMC**<br>**Hon. Edward M. Chen**<br><br>**JOINT STIPULATION FOR DISMISSAL OF ACTION** |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD IN THIS MATTER:**

Plaintiffs, by and through their attorney of record, and Defendant AMCO INSURANCE COMPANY ("AMCO"), by and through its attorneys of record, having entered into a written confidential settlement agreement, and pursuant to

Federal Rules of Civil Procedure 41(a), hereby stipulate and agree to dismiss the above-captioned action in its entirety, with prejudice.

The parties have agreed that each side shall bear its own costs and fees.

Defendant Wells Fargo has previously been dismissed from this action.

Dated:  March 1, 2021                **HINES HAMPTON PELANDA LLP**

By:  */s/ Nicole M. Hampton*
Nicole M. Hampton
Attorneys for Defendant
AMCO INSURANCE COMPANY

Dated:  March 1, 2021                **LAW OFFICE OF EMMANUEL ENYINWA**

By:  */s/ Emmanuel Enyinwa*
EMMANUEL ENYINWA, ESQ.
Attorney for Plaintiffs

## ATTESTATION OF CONCURRENCE IN FILING

I hereby attest and certify that on February 28, 2021, I received concurrence from Plaintiff's counsel, Emmanuel Enyinwa, to file this document with his electronic signature attached. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 1, 2021.

*/s/ Nicole M. Hampton*
Nicole M. Hampton

Dated: March 1, 2021

GRANTED
Judge Edward M. Chen